# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157690 & (26)(28)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 157690
                                      COA: 340952

CEDRIC JAMES SIMPSON,
      Defendant-Appellant.
                                      Macomb CC: 2012-001742-FH

_____/

      On order of the Court, the application for leave to appeal the March 23, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for peremptory reversal and the motion to remand are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



Clerk

s1126